John Simmons, ISB 3156
John Simmons JD LLM Prof Co
796 Memorial Drive
Idaho Falls, Idaho 83402
208.528.9901//Fax: 208.528.0101
jsimmons@ida.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## for the District of Idaho

| | |
|---|---|
| **Sean Michael Swendsen**, individually as a remainder beneficiary of and derivatively on behalf of the **Richard I Swendsen Trust**,<br>        PLAINTIFF,<br>VS.<br>**Richard I Corey**, trustee of the Richard I Swendsen Trust, and **Clayne I Corey**, an individual in possession of assets of the Richard I Swendsen Trust and accountant and attorney to the Trust and trustee,<br>        DEFENDANTS. | CASE # CV 09-229-E-BLW<br><br>*Brief in Support of Motion for Leave to Join Real Party in Interest, FRCivP 17(a)(3)* |

The Plaintiff, Sean M Swendsen (*Sean*), has contemporaneously with the filing of this brief made a motion to the Court for leave, pursuant Federal Rule of Civil Procedure 17(a)(3), to join Norman G Reece Jr, the current, acting trustee of the Richard C Swendsen Trust (*Dick's Trust*), as a party plaintiff.

Federal Rule of Civil Procedure 17(a)(3) provides that "[t]he court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action.  After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest."

Ruling today that Sean is not the real party in interest (p. 2 of Memorandum Decision and Order, Dkt. #141), the Court ordered dismissal of the claims of Dick's Trust beyond those 'personal' to Sean.  For this reason, Sean seeks the leave of the Court to join the trustee, Norman G Reece Jr, who has signed a *Consent to be Joined*

1  -   *Motion for Leave to Join Real Party in Interest, FRCivP 17(a)(3)*
       Swendsen v Corey, US Dist Court, Idaho # CV 09-229-E-BLW

*as a Party, FRCivP 17(a)(3), and Contingent Ratification*, that is filed herewith. The defendant has at all times during this litigation been aware from the caption and the introductory paragraph of the Complaint and the Amended Complaint that Sean is prosecuting the allegations and claims set forth therein on behalf of himself and Dick's Trust, so there is no element of surprise for the defendant to claim; the joinder of Mr Reece as a named party, in his capacity as the trustee of Dick's Trust, does not cast any shadow of proceeding to trial as scheduled Friday morning at 9:00 AM. Mr Reece's Consent included a ratification, contingent on his being joined at this time as a party plaintiff; there is no necessity of delaying the trial by reason of Mr Reece's joining as a named party plaintiff at this late date.

For these reasons, the accommodation sought from the Court by the Rule 17(a)(3) Motion is requested by Sean.

RESPECTFULLY SUBMITTED—

DATED: 2/22/12

*/s/ John Simmons*

John Simmons
Attorney for Plaintiff

*Certificate of Service*

The filing of a document electronically with the Clerk of the Court using the CM/ECF system automatically triggers a Notice of Electronic Filing be sent electronically to each person on the ECF mailing list for the above-entitled case. By filing the foregoing *Motion for Leave to Join Real Party in Interest, FRCivP 17(a)(3),* using the CM/ECF system, the undersigned caused such document to be served on each person on the ECF mailing list for the above-entitled case.

*/s/ John Simmons*                                                   DATED: 2/22/12

John Simmons
Attorney for Plaintiff

3  -  *Motion for Leave to Join Real Party in Interest, FRCivP 17(a)(3)*
       Swendsen v Corey, US Dist Court, Idaho # CV 09-229-E-BLW