John Simmons, ISB 3156
John Simmons JD LLM Prof Co
796 Memorial Drive
Idaho Falls, Idaho 83402
208.528.9901//Fax: 208.528.0101
jsimmons@ida.net
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### for the District of Idaho

| | |
|---|---|
| **Sean Michael Swendsen**, individually as a remainder beneficiary of and derivatively on behalf of the **Richard I Swendsen Trust,**<br>PLAINTIFF,<br>VS.<br>**Richard I Corey**, trustee of the Richard I Swendsen Trust, and **Clayne I Corey**, an individual in possession of assets of the Richard I Swendsen Trust and accountant and attorney to the Trust and trustee,<br>DEFENDANTS. | CASE # CV 09-229-E-BLW<br><br>*Consent to be Joined as a Party, FRCivP 17(a)(3), and Contingent Ratification* |

The undersigned, Norman G Reece Jr, is the acting trustee of the Richard C Swendsen Trust on whose behalf Plaintiff Sean M Swendsen has brought and pursued the claims of this litigation against Defendant Richard I Corey.

I hereby consent to my being joined as a party plaintiff to this action in my capacity as trustee, understanding and knowing that trial is set to begin in this matter at 9:00 AM on Friday, February 24, 2012, two days hence. I am subject to the jurisdiction of this Court. If I am so joined as a party plaintiff to this action, and the trial proceeds as scheduled to begin on February 24, 2012, I ratify the litigation actions that have been taken on behalf of the Richard C Swendsen Trust to date by and on behalf of Sean M Swendsen.

DATED: 2/22/12

_____
Norman G Reece Jr
Trustee, Richard C Swendsen Trust

1 - *Consent to be Joined as a Party, FRCivP 17(a)(3), and Contingent Ratification*
Swendsen v Corey, US Dist Court, Idaho # CV 09-229-E-BLW

*Certificate of Service*

The filing of a document electronically with the Clerk of the Court using the CM/ECF system automatically triggers a Notice of Electronic Filing be sent electronically to each person on the ECF mailing list for the above-entitled case.  By filing the foregoing *Consent to be Joined as a Party, FRCivP 17(a)(3), and Contingent Ratification,* using the CM/ECF system, the undersigned caused such document to be served on each person on the ECF mailing list for the above-entitled case.

*/s/ John Simmons*                                              DATED: 2/22/12

John Simmons
Attorney for Plaintiff