UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SEAN MICHAEL SWENDSEN, individually as a remainder beneficiary of, and NORMAN G REECE JR. as trustee of, the Richard I Swendsen Trust,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD I COREY, trustee of the Richard I Swendsen Trust, and CLAYNE I COREY, an individual in possession of assets of the Richard I Swendsen Trust and accountant and attorney to the Trust and trustee,<br><br>Defendants. | Case No. 4:09-cv-00229-BLW<br><br>**ORDER** |

The Court has before it Plaintiffs' Request for Entry of Judgment against Defendant Clayne Corey (Dkt. 184). Clayne Corey failed to respond to the motion, and the date for responding has come and passed. For the reasons explained in the Affidavit of Norman G. Reece, Jr. (Dkt. 184-1), and based on the Stipulation for Settlement between Plaintiff and Defendant Clayne I. Corey (Dkt. 184-1) and the Confession of Judgment (Dkt. 184-1), the Court will grant the motion.

**ORDER - 1**

## ORDER

**IT IS ORDERED:**

1. Plaintiffs' Request for Entry of Judgment against Defendant Clayne Corey (Dkt. 184) is **GRANTED**.

2. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

DATED: **June 18, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge